# Court of Appeals
# of the State of Georgia

ATLANTA, __April 18, 2024__

*The Court of Appeals hereby passes the following order:*

**A24D0297. IN THE INTEREST OF A. J. R. C. et al., CHILDREN (MOTHER).**

After the juvenile court entered an order terminating the parental rights of the mother of minor children A. J. R. C. and M. M. K. C., the mother filed a motion for a new trial. The juvenile court denied the motion for a new trial in an order entered on February 25, 2024. On Wednesday, March 27, 2024, the mother filed an application for discretionary review, seeking to appeal the juvenile court's order. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The mother's application is untimely, as it was filed 31 days after entry of the order she seeks to appeal.

In her application, the mother states, without citation to authority, that, because the order denying her motion for a new trial was entered on a Sunday, it "became effective the following day, February 26, 2024." The mother is mistaken. In that regard, OCGA § 1-3-1 (d) (3) provides, in relevant part:

> [W]hen a period of time measured in days . . . is prescribed for the exercise of any privilege or the discharge of any duty, the first day shall not be counted but the last day shall be counted; and, if the last day falls on Saturday or Sunday, the party having such privilege or duty shall have

through the following Monday to exercise the privilege or to discharge the duty.

Notably, while the statute provides exceptions where "the last day" of a time period falls on a Saturday or Sunday, it provides no such exception where an order sought to be appealed is entered on a Saturday or Sunday. Rather, under the plain language of the statute, the day the order was entered is not counted, regardless of the day of the week. Therefore, the first day of the 30-day period in which to file a discretionary application in this case fell on Monday, February 26, 2024, and the last day of that period fell on Tuesday, March 26, 2024, one day before this application was filed. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/18/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*